UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **MARK DOUGLAS BAIN,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO. 2:20-cv-00052 |
| **KILOLO KIJAKAZI, Acting Commissioner of the Social Security Administration,** | ) ) ) ) ) |
| Defendant. | ) ) |

## ORDER

Before the Court is a Report and Recommendation ("R&R") (Doc. No. 19) recommending the Court grant Plaintiff Mark Douglas Bain's Motion for Judgment on the Record (Doc. No. 16) and remand this matter to the Social Security Administration ("SSA"). No timely objections to the R&R have been filed. The absence of objections "releases the Court from its duty to independently review the matter." Lawhorn v. Buy Buy Baby, Inc., No. 3:20-CV-00201, 2021 WL 1063075, at *1 (M.D. Tenn. Mar. 19, 2021); see also Thomas v. Arn, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). Nevertheless, the Court thoroughly reviewed the R&R and agrees with its recommended disposition.

The Court orders as follows: (1) the R&R (Doc. No. 19) is **APPROVED AND ADOPTED**, (2) Mr. Bain's Motion for Judgment on the Record (Doc. No. 16) is **GRANTED**, (3) the Commissioner of the SSA's final decision is **VACATED**, and (4) this matter is **REMANDED** to the SSA for further proceedings consistent with the R&R.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE